```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 08949
    ANGELA CHAPPELL
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-4347

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/16/2007 and was confirmed 06/27/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/19/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
AMERICAN HONDA FINANCE C  SECURED VEHIC   24503.00        2431.04       3835.77
ADVANCE AMERICA CASH ADV  UNSECURED       NOT FILED           .00            .00
ALLIED CASH ADVANCE       UNSECURED       NOT FILED           .00            .00
AMERICASH LOANS LLC       UNSECURED         405.60            .00            .00
ASSOCIATED CREDIT SERVIC  UNSECURED       NOT FILED           .00            .00
CASH TRANSFER CENTERS     UNSECURED       NOT FILED           .00            .00
CREDIT BUREAU ACCOUNTS    UNSECURED       NOT FILED           .00            .00
CHECK N GO                UNSECURED       NOT FILED           .00            .00
ROUNDUP FUNDING LLC       UNSECURED        1193.47            .00            .00
ECHELON RECOVERY INC      UNSECURED       NOT FILED           .00            .00
ENCORE RECEIVABLES        UNSECURED       NOT FILED           .00            .00
GLOBAL FINANCIAL          UNSECURED       NOT FILED           .00            .00
HSBC TAXPAYER FIN SVCS I  UNSECURED       NOT FILED           .00            .00
KOMYATTE & FREELAND       UNSECURED          72.00            .00            .00
MERCHANTS CREDIT GUIDE C  UNSECURED       NOT FILED           .00            .00
MTE FINANCIAL BBA         UNSECURED       NOT FILED           .00            .00
NATIONAL QUICK CASH       UNSECURED       NOT FILED           .00            .00
NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED           .00            .00
ONE IRON VENTURE          UNSECURED       NOT FILED           .00            .00
PAY DAY LOAN STORE        UNSECURED       NOT FILED           .00            .00
RMI/MCSI                  UNSECURED       NOT FILED           .00            .00
SUN CASH                  UNSECURED       NOT FILED           .00            .00
TITLE LOAN                UNSECURED       NOT FILED           .00            .00
US CASH IL LLC            UNSECURED        1886.64            .00            .00
WASHU PARTNERS            UNSECURED       NOT FILED           .00            .00
PUBLIC STORAGE INC        NOTICE ONLY     NOT FILED           .00            .00
AMERICAN HONDA FINANCE C  UNSECURED         150.89            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         503.12            .00            .00
AMERICASH LOANS LLC       UNSECURED        1839.92            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,484.00                         162.01
TOM VAUGHN                TRUSTEE                                          491.98
DEBTOR REFUND             REFUND                                              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 08949 ANGELA CHAPPELL
```

```
     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 6,920.80

PRIORITY                                             .00
SECURED                                         3,835.77
    INTEREST                                    2,431.04
UNSECURED                                            .00
ADMINISTRATIVE                                    162.01
TRUSTEE COMPENSATION                              491.98
DEBTOR REFUND                                        .00
                     ---------------      ---------------
TOTALS                  6,920.80                6,920.80
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 02/25/09             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
          CASE NO. 07 B 08949 ANGELA CHAPPELL